Date: 9/26/2025

Signature: *Cedric Williams*

Cedric Williams, Pro Se

929-365-2510

RECEIVED
SDNY PRO SE OFFICE

2025 SEP 29  PM 1: 52

---

UNDERLINE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC WILLIAMS,
Plaintiff,

v.

OFFICER JILLING,
Defendant,

25 CV 8054

---

Individually and in his official capacity as Police Officer, 001 Precinct, New York Police Department,
Defendant.

Case No.: N/A

COMPLAINT

Plaintiff Cedric Williams ("Plaintiff"), by his undersigned counsel, alleges as follows:

JURISDICTION AND VENUE

1. This action arises under *42 U.S.C. § 1983* for violation of Plaintiff's *Fourth Amendment* right to be free from unreasonable seizure and wrongful arrest.

2. Jurisdiction is proper under *28 U.S.C. §§ 1331* and *1343*.

3. Venue is proper in this District because the events occurred in Manhattan, New York County.

## PARTIES

4. Plaintiff Cedric Williams is a resident of New York.

5. Defendant Officer Jilling is a police officer assigned to the 001 Precinct of the New York Police Department, who arrested Plaintiff on September 9, 2025, acting under color of state law.

## FACTS

6. On or about September 9, 2025, at approximately 2:22 p.m., Plaintiff was arrested by Officer Jilling at 4 South Street, Manhattan, NY, along with another individual.

7. Plaintiff was charged with violating New York Penal Law § 240.20(1)—disorderly conduct for allegedly exhibiting violent or threatening behavior.

8. At the time, Plaintiff had visible facial swelling and scrapes consistent with having been assaulted.

9. Bodycam footage of Officer Jilling during the arrest and video footage from the precinct at intake clearly show Plaintiff was assaulted by another individual, who was also arrested.

10. Despite this clear evidence, Plaintiff was given a criminal court appearance ticket scheduled for October 2, 2025.

11. Defendant Jilling lacked probable cause to arrest Plaintiff, given the credible evidence showing Plaintiff as a victim and not an aggressor.

12. Plaintiff's arrest and detention were therefore unreasonable and violated his Fourth Amendment rights.

## CAUSES OF ACTION

Count One: False Arrest and Unlawful Seizure in Violation of the *Fourth Amendment* under *42 U.S.C. § 1983.*

13. Plaintiff re-alleges all preceding paragraphs.

14. Defendant Jilling, acting under color of state law, intentionally and wrongfully arrested Plaintiff without probable cause.

15. The arrest violated Plaintiff's constitutional right to be free from unreasonable seizure.

16. Plaintiff suffered damages including loss of liberty, emotional distress, and reputational harm as a proximate result.

## PRAYER FOR RELIEF

*WHEREFORE*, Plaintiff requests:

A. Judgment declaring that Defendant Jilling violated Plaintiff's *Fourth Amendment* rights.

B. Compensatory damages in an amount to be proven at trial.

C. Punitive damages to deter similar conduct.

D. Attorney's fees and costs pursuant to *42 U.S.C. § 1988*.

E. Any other relief the Court deems just and proper.


Date: 9/29/2025

Signature:

Cedric Williams, Pro Se

929-365-2510

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CEDRIC WILLIAMS,

Plaintiff,

v.

OFFICER JILLING,

Defendant,

_____

Civil Cover Sheet

- Plaintiff: Cedric Williams

- Defendant: Officer Jilling, 001 Precinct, NYPD

- Plaintiff's County of Residence: New York County, NY

- Defendant's County of Residence: New York County, NY

- Basis of Jurisdiction: Federal Question (42 U.S.C. § 1983)

- Nature of Suit: 440 Civil Rights (Section 1983)

- Origin: Original Proceeding

- Cause of Action: Violation of Fourth Amendment rights for wrongful arrest on 9/9/2025

- Requested Relief: As stated in complaint (compensatory, punitive damages, fees)

_____

UNITED STATES DISTRICT COURT