UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC WILLIAMS,

Plaintiff,

-against-

OFFICER JILLING,

Defendant.

25-CV-8054 (JPO)

ORDER OF SERVICE

J. PAUL OETKEN, United States District Judge:

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that 1st Precinct Officer Jilling waive service of summons.

SO ORDERED.

Dated:    June 9, 2026
          New York, New York

_____
J. PAUL OETKEN
United States District Judge